New York Central Railroad Company, Appellant,
v. Pennsylvania Railroad Company.

Argued January 7, 1958. Before JONES, C. J., BELL,
CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*William Ruddock*, with him *Frank A. Whitsett,
John S. Simpson, Whitsett & Lee,* and *Fisher, Ruddock
& Simpson,* for appellant.

*Paul D. Larimer,* with him *Edward T. Kelley, Wallace D. Stewart* and *Englehart, Larimer & Englehart,*
for appellee.

OPINION PER CURIAM, March 17, 1958:
Decree affirmed. Costs to appellant.